JS-6

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

The parties stipulated to dismissal without prejudice, but the proposed order originally read "with prejudice." The Court has edited the proposed order to conform with the parties' stipulation. If the parties intend to dismiss with prejudice, a new stipulation must be filed.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MJ'S PINOY FIESTA INC., a California corporation; CAMNHUNG T VO, an individual; ROSA C NGUYEN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:21-cv-00208-JLS-KES<br><br>**ORDER DISMISSAL WITHOUT PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Abacuc Heras ("Plaintiff") and Mj's Pinoy Fiesta Inc., Camnhung T Vo and Rosa C Nguyen ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  November 4, 2021

**JOSEPHINE L. STATON**
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2
ORDER
DISMISSAL WITH PREJUDICE